

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

NOV 13 2019

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:19-00280 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| QUENTIN D. CARTER | ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about April 16, 2019, in the Middle District of Tennessee, **QUENTIN D CARTER**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Charter Arms Model Undercover .38 Special revolver, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

FOREPERSON

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

ROBERT E. MCGUIRE
ASSISTANT UNITED STATES ATTORNEY

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

Indictment ☒
Complaint ☐
Information ☐
Felony ☒
Misdemeanor ☐
Juvenile ☐

County of Offense: <u>Davidson</u>
AUSA's NAME: <u>McGuire</u>

Reviewed by AUSA: _____ (Initials)

<u>Quentin D. Carter</u>
Defendant's Full Name

_____
Defendant's Address

_____
Defendant's Attorney

Interpreter Needed? ☐ Yes ☒ No
If Yes, what language? _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Weapon | 10 years* | $250,000 |
| | | | | |
| | | | | |
| | | | | |

*If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.

**A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.

Is the defendant currently in custody? Yes ☐ No ☐  If yes, **State** or Federal? Writ requested ☐

Has a complaint been filed? Yes ☐ No ☒
 If Yes: Name of the Magistrate Judge _____  Case No.: _____
 Was the defendant arrested on the complaint?  Yes ☐ No ☐

Has a search warrant been issued? Yes ☐ No ☒
 If Yes: Name of the Magistrate Judge _____  Case No.: _____

Was bond set by Magistrate/District Judge? Yes ☐ No ☒   Amount of bond: _____

Is this a Rule 20? Yes ☐ No ☒   To/from what district? _____
Is this a Rule 40? Yes ☐ No ☒   To/from what district? _____

Estimated trial time: <u>2 days</u>

The Clerk will issue a Summons/**(Warrant)** (circle one)  (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ☒ No ☐   Recommended conditions of release: _____